# EXHIBIT A

3/23/2020                           Gunn, Lee & Cave, P.C.
10:38 AM                            Slip Listing        Page1

*atty fees*

| Selection Criteria |
|---|

| Slip.Classification | Open |
|---|---|
| Clie.Selection | Include: 08736.010 |
| Slip.Transaction Dat | Earliest - 3/23/2020 |
| Acti.Selection | Exclude: Annuity; Arbitrators; CONVERTED EXP; Client Entertainment; Client Expense; Copies; Courier Service; Court Reporter; Court fees; Delivery serv; Drawings; Dues and Subsc; Experts; Fax/Domestic; Fax/Foreign; Faxpat; FedEx; Filing Fee; Internet Expen; Legal Library; Litigation; Local counsel; Meals; Medical Reimbursement; Off-Pers-TDL; Office Expense; Online research; Other expenses; Other profs; Outside copies; Parking Expens; Parking Expense; Personal Expenses; Postage; Private invest; Professional D; Refund; Search expense; Subpoena fees; Telephone; Transcript/DEP; Transcript/TRI; Travel; Trial exhibits; Witness fees |

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 266298 4/2/2019 Billed          G:58866      4/30/2019 Office conference with Ted L. and follow up research regarding Wagu Ranch using "certifiedkuishi" domain name. | BC AALegalServices 08736.010 | 0.75 0.00 | 200.00 T@4 | 150.00 |
| 266347 4/3/2019 Billed          G:58866      4/30/2019 Office conference with Ted L. regarding Wagu Ranch; research regarding causes of action based on use of a trademark in a uniform resource locator ("URL"). | BC AALegalServices 08736.010 | 2.25 0.00 | 200.00 T@4 | 450.00 |
| 266351 4/4/2019 Billed          G:58866      4/30/2019 Research regarding Wagu Ranch and potential causes of action. | BC AALegalServices 08736.010 | 3.50 0.00 | 200.00 T@4 | 700.00 |
| 266419 4/5/2019 Billed          G:58866      4/30/2019 Research regarding Wagyu Ranch's use of certified akaushi beef; prepared Plaintiff's Original Complaint. | BC AALegalServices 08736.010 | 6.00 0.00 | 200.00 T@4 | 1200.00 |
| 266434 4/2/2019 Billed          G:58866      4/30/2019 (G-8736.10) Emails to and from Carol Brown on www.certifiedakaushibeef.com; second website of | TDL AALegalServices 08736.010 | 4.00 0.00 | 460.00 T@9 | 1840.00 |

3/23/2020                                    Gunn, Lee & Cave, P.C.
10:38 AM                                     Slip Listing          Page 2

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| www.wagyuranch.com; search "AKAUSHI"; get second opinion; telephone conferene and emails with Ron Beeman; telephone conference with Ron Beeman. | | | | |
| 266436 4/3/2019 Billed          G:58866          4/30/2019 T-8736.24/.25 Emails on certification mark; filing applications to register CERTIFIED AKAUSHI BEEF; telephone call to Carol Brown. | TIME AALegalServices 08736.010 | 2.00 0.00 | 460.00 T@9 | 920.00 |
| 266438 4/3/2019 Billed          G:58866          4/30/2019 Search for incorporations of (1) Wag;yuRanch.Coim, (2) Wagyyu,, (3) Grant Whitmer III; search Wagy.org website; telephone conference with Ron Beeman. | TIME AALegalServices 08736.010 | 2.50 0.00 | 460.00 T@9 | 1150.00 |
| 266440 4/4/2019 Billed          G:58866          4/30/2019 Prepare Plaintiff's Original Petition; revise Complaint. | TIME AALegalServices 08736.010 | 4.00 0.00 | 460.00 T@9 | 1840.00 |
| 266494 4/8/2019 Billed          G:58866          4/30/2019 Telephone conference with  Wallace on KOBE BEEF OF TEXAS; look up email address; email Complaint and Exhibits to Grant Whitmer III. | TIME AALegalServices 08736.010 | 1.25 0.00 | 460.00 T@9 | 575.00 |
| 266704 4/9/2019 Billed          G:58866          4/30/2019 exchange emails with Grant Whitmer III. | TIME AALegalServices 08736.010 | 0.75 0.00 | 460.00 T@9 | 345.00 |
| 266753 4/15/2019 Billed          G:58866          4/30/2019 Reviewed docket and prepared trial notebook. | TIME AALegalServices 08736.010 | 0.25 0.00 | 200.00 T@4 | 50.00 |
| 266856 4/17/2019 Billed          G:58866          4/30/2019 Prepared domain name purchase and transfer agreement. | TIME AALegalServices 08736.010 | 0.50 0.00 | 200.00 T@4 | 100.00 |

3/23/2020                                          Gunn, Lee & Cave, P.C.
10:38 AM                                        Slip Listing        Page 3

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

| | | | | |
|---|---|---|---|---|
| 266913 | TIME | TDL | 5.00 | 460.00 | 2300.00 |
| 8/18/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Prepare Statement of Facts; revise State of Facts and Motion. | | | | | |
| 266943 | TIME | BC | 1.50 | 200.00 | 300.00 |
| 4/18/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Prepared domain name purchase and transfer agreement for kobebeefoftexas.com. | | | | | |
| 266948 | TIME | BC | 1.50 | 200.00 | 300.00 |
| 4/19/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Prepared domain name purchase and transfer agreement for kobebeefoftexas.com; email and phone correspondence with client regarding same. | | | | | |
| 266957 | TIME | TDL | 1.00 | 460.00 | 460.00 |
| 4/17/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Telephone conference with Ron Beeman on KOBE BEEF OF TEXAS; email from Ed Schewe on NATURE'S NATURAL BEEF; forward to Mr. Beeman; telephone conference with Ron Beeman on KOBE BEEF OF TEXAS. | | | | | |
| 266967 | TIME | TDL | 0.50 | 460.00 | 230.00 |
| 4/19/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Office conference with Brandon Cook on amendments of domain name; telephone conference with Ron Beeman. | | | | | |
| 266976 | TIME | TDL | 0.75 | 460.00 | 345.00 |
| 4/22/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Check on correspondence with opposing counsel, begin preparation of settlement agreement. | | | | | |
| 266986 | TIME | BC | 0.25 | 200.00 | 50.00 |
| 4/22/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Prepared kobebeefoftexas.com domain name transfer agreement. | | | | | |
| 267007 | TIME | BC | 0.25 | 200.00 | 50.00 |
| 4/23/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:58866 | 4/30/2019 08736.010 | | | |
| Prepared domain name purchase and transfer | | | | | |

3/23/2020
10:38 AM

Gunn, Lee & Cave, P.C.
Slip Listing    Page 4

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

agreement for kobebeeftexas.com.

| 267128 | TIME | | TDL | | 0.50 | 460.00 | 230.00 |
|---|---|---|---|---|---|---|---|
| 4/25/2019 | | | AALegalServices | | 0.00 | T@9 | |
| Billed | G:58866 | 4/30/2019 | 08736.010 | | | | |
| Telephone conference and email from Megan | | | | | | | |
| Brown; letter to Ron Beeman. | | | | | | | |

| 267284 | TIME | | TDL | | 0.75 | 460.00 | 345.00 |
|---|---|---|---|---|---|---|---|
| 4/29/2019 | | | AALegalServices | | 0.00 | T@9 | |
| Billed | G:58866 | 4/30/2019 | 08736.010 | | | | |
| Return of service; email to Megan Brown. | | | | | | | |

| 267286 | TIME | | TDL | | 0.25 | 460.00 | 115.00 |
|---|---|---|---|---|---|---|---|
| 4/30/2019 | | | AALegalServices | | 0.00 | T@9 | |
| Billed | G:58866 | 4/30/2019 | 08736.010 | | | | |
| Correspondence with Wallace regarding domain | | | | | | | |
| transfer agreement. | | | | | | | |

| 267295 | TIME | | BC | | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|---|---|
| 4/30/2019 | | | AALegalServices | | 0.00 | T@4 | |
| Billed | G:58866 | 4/30/2019 | 08736.010 | | | | |
| Office conference with Ted Lee regarding status of | | | | | | | |
| lawsuits; finalized kobebeeftexas.com domain | | | | | | | |
| transfer agreement | | | | | | | |

| 267508 | TIME | | TDL | | 0.75 | 460.00 | 345.00 |
|---|---|---|---|---|---|---|---|
| 5/29/2019 | | | AALegalServices | | 0.00 | T@9 | |
| Billed | G:59136 | 5/31/2019 | 08736.010 | | | | |
| Return of Service email to Megan Brown. | | | | | | | |

| 267658 | TIME | | BC | | 0.25 | 200.00 | 50.00 |
|---|---|---|---|---|---|---|---|
| 5/7/2019 | | | AALegalServices | | 0.00 | T@4 | |
| Billed | G:59136 | 5/31/2019 | 08736.010 | | | | |
| Reviewed affidavit of service; office conference | | | | | | | |
| with Christina L. regarding filing. | | | | | | | |

| 267900 | TIME | | TDL | | 0.25 | 460.00 | 115.00 |
|---|---|---|---|---|---|---|---|
| 5/6/2019 | | | AALegalServices | | 0.00 | T@9 | |
| Billed | G:59136 | 5/31/2019 | 08736.010 | | | | |
| File the Return of Service. | | | | | | | |

| 268064 | TIME | | BC | | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|---|---|
| 5/29/2019 | | | AALegalServices | | 0.00 | T@4 | |
| Billed | G:59136 | 5/31/2019 | 08736.010 | | | | |
| Telephone conference with opposing counsel; | | | | | | | |
| reviewed Bradnon L's motion for admission pro hac | | | | | | | |
| vice. | | | | | | | |

3/23/2020
10:38 AM

Gunn, Lee & Cave, P.C.
Slip Listing        Page 5

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |
| 268146 | TIME | TDL | 0.25 | 460.00 | 115.00 |
| 5/28/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59136 | 5/31/2019 08736.010 | | | |
| Order from Court. | | | | | |
| 268147 | TIME | TDL | 1.00 | 460.00 | 460.00 |
| 5/29/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59136 | 5/31/2019 08736.010 | | | |
| Telephone conference with Brandon Leavitt on Answer date, exchange emails with Leavitt, correspondence to Ron Beeman. | | | | | |
| 268228 | TIME | BC | 0.75 | 200.00 | 150.00 |
| 5/28/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:59136 | 5/31/2019 08736.010 | | | |
| Reviewed Court's Order requiring Plaintiff to move for default judgment; reviewed correspondence file, and office conference with Ted L. regarding same. | | | | | |
| 268430 | TIME | BC | 1.00 | 200.00 | 200.00 |
| 6/3/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:59368 | 6/30/2019 08736.010 | | | |
| Reviewed Defendant's Answer and related Court rulings; office conference with Ted Lee regarding possible motion to strike Defendant's affirmative defenses and/or joint Grant Whitmer. II. | | | | | |
| 268450 | TIME | BC | 1.50 | 200.00 | 300.00 |
| 6/4/2019 | | AALegalServices | 0.00 | T@4 | |
| Billed | G:59368 | 6/30/2019 08736.010 | | | |
| Review and analysis of Defendant's Answer; prepared memo to Ted Lee regarding possible motion to strike Defendant's affirmative defenses and possible joinder of Grant Whitmer, II. | | | | | |
| 268641 | TIME | TDL | 0.25 | 460.00 | 115.00 |
| 6/5/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59368 | 6/30/2019 08736.010 | | | |
| Telephone conference with Ron Beeman. | | | | | |
| 268649 | TIME | TDL | 1.00 | 460.00 | 460.00 |
| 6/4/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59368 | 6/30/2019 08736.010 | | | |
| Review Orders by court, correspondence to Brandon Leavitt on Scheduling Recommendations. | | | | | |
| 268657 | TIME | TDL | 0.50 | 460.00 | 230.00 |
| 6/3/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59368 | 6/30/2019 08736.010 | | | |
| Review case pleadings filed with the court, correspondence to Ron Beeman. | | | | | |

3/23/2020                                   Gunn, Lee & Cave, P.C.
10:38 AM                                    Slip Listing        Page 6

| Slip ID | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |
|---|---|---|---|---|
| 268682 TIME | BC | 0.50 | 200.00 | 100.00 |
| 6/11/2019  1:24 PM | AALegalServices | 0.00 | T@4 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| Reviewed correspondence with Opposing Counsel regarding Scheduling Recommendations; prepared Proposed Agreed Scheduling Recommendations for filing with the Court. | | | | |
| 268976 TIME | BC | 0.75 | 200.00 | 150.00 |
| 6/18/2019 | AALegalServices | 0.00 | T@4 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| Prepared Proposed Scheduling Recommendations for filing with the Court; correspondence with opposing counsel regarding Scheduling Recommendations and 26(f) conference. | | | | |
| 269063 TIME | BC | 0.25 | 200.00 | 50.00 |
| 6/21/2019 | AALegalServices | 0.00 | T@1 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| Phone and email correspondence to opposing counsel regarding scheduling recommendations and 26(f) conference. | | | | |
| 269145 TIME | BC | 3.00 | 200.00 | 600.00 |
| 6/25/2019  12:59 PM | AALegalServices | 0.00 | T@1 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| 26(f) conference with Opposing Counsel Brandon Leavitt; prepared proposed Joint 26(f) Report for filing with the Court. | | | | |
| 269169 TIME | BC | 0.50 | 200.00 | 100.00 |
| 6/26/2019 | AALegalServices | 0.00 | T@1 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| Prepared proposed Joint Rule 26 (f) Report. | | | | |
| 269259 TIME | TDL | 0.50 | 460.00 | 230.00 |
| 6/18/2019 | AALegalServices | 0.00 | T@9 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| Review proposed scheduling order and order from judge. | | | | |
| 269305 TIME | TDL | 2.00 | 460.00 | 920.00 |
| 6/25/2019 | AALegalServices | 0.00 | T@9 | |
| Billed  G:59368  6/30/2019 | 08736.010 | | | |
| Telephone conference with opposing counsel Brandon Leavitt; exchange email for Canadian application; telephone conference with Ron Beeman. | | | | |

3/23/2020                                  Gunn, Lee & Cave, P.C.
10:38 AM                                  Slip Listing          Page 7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 269488<br>6/27/2019<br>Billed          G:59368          6/30/2019<br>Review Rule 26(f) report. | TIME<br>TDL<br>AALegalServices<br>08736.010 | 0.25<br>0.00 | 460.00<br>T@9 | 115.00 |
| 269588<br>7/2/2019<br>Billed          G:59777          7/31/2019<br>Prepared Plaintiff's Rule 7.1 Statement; joint<br>Scheduling Recommendations; and joint Rule 26<br>Report. | TIME<br>BC<br>AALegalServices<br>08736.010 | 0.50<br>0.00 | 200.00<br>T@1 | 100.00 |
| 269604<br>7/3/2019<br>Billed          G:59777          7/31/2019<br>Prepared Rule 7.1 Report, Rule 26 Report,<br>Scheduling Recommendations, and Plaintiff's<br>Consent to Magistrate; correspondence with<br>opposing counsel regarding same. | TIME<br>BC<br>AALegalServices<br>08736.010 | 2.00<br>0.00 | 200.00<br>T@1 | 400.00 |
| 269726<br>7/7/2019<br>Billed          G:59777          7/31/2019<br>Prepared Plaintiffs' First Request for Production to<br>Defendants, Plaintiff Heartbrand Holdings, Inc's<br>First Set of Interrogatories to Defendants, and<br>Plaintiffs' Initial Disclosures. | TIME<br>BC<br>AALegalServices<br>08736.010 | 1.50<br>0.00 | 200.00<br>T@1 | 300.00 |
| 269739<br>7/8/2019<br>Billed          G:59777          7/31/2019<br>Prepared Plaintiffs' Initial Disclosures; Plaintiffs'<br>First Request for Production to Defendants, and<br>Plaintiff Heartbrand Holdings, Inc.'s First Set of<br>Interrogatories to Defendants. | TIME<br>BC<br>AALegalServices<br>08736.010 | 4.00<br>0.00 | 200.00<br>T@1 | 800.00 |
| 269801<br>7/9/2019          1:04 PM<br>Billed          G:59777          7/31/2019<br>Office conference with Ted L. regarding Plaintiff's<br>First Request for Production and First Set of<br>Interrogatories; revisions to same; served Plaintiff's<br>First Request for Production and First Set of<br>Interrogatories on Defendants. | TIME<br>BC<br>AALegalServices<br>08736.010 | 1.25<br>0.00 | 200.00<br>T@1 | 250.00 |
| 269955<br>7/3/2019<br>Billed          G:59777          7/31/2019<br>Telephone conference with Ron Beeman;<br>correspondence to magistrate; office conference<br>with Brandon Cook. | TIME<br>TDL<br>AALegalServices<br>08736.010 | 0.50<br>0.00 | 460.00<br>T@9 | 230.00 |

3/23/2020                                    Gunn, Lee & Cave, P.C.
10:38 AM                                      Slip Listing        Page 8

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 269968 | TIME | | TDL | 0.50 | 460.00 | 230.00 |
| 7/8/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59777 | 7/31/2019 | 08736.010 | | | |
| Review initial disclosures; correspondence on transfer to Magistrate; | | | | | | |
| 269981 | TIME | | TDL | 1.00 | 460.00 | 460.00 |
| 7/9/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59777 | 7/31/2019 | 08736.010 | | | |
| Review interrogatories and requests for production; office conference with Brandon. | | | | | | |
| 270142 | TIME | | BC | 0.50 | 200.00 | 100.00 |
| 7/17/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:59777 | 7/31/2019 | 08736.010 | | | |
| Phone and email correspondence with opposing counsel regarding Initial Disclosures and Defendants' Motion to reschedule the scheduling conference; review and analysis of Defendants' Initial Disclosures. | | | | | | |
| 270414 | TIME | | BC | 0.75 | 200.00 | 150.00 |
| 7/23/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:59777 | 7/31/2019 | 08736.010 | | | |
| Phone call with R. Beeman regarding Defendants' Initial Disclosures. Prepared memo to file and research regarding Defendants' purported witnesses. | | | | | | |
| 270730 | TIME | | TDL | 0.50 | 460.00 | 230.00 |
| 7/23/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59777 | 7/31/2019 | 08736.010 | | | |
| Telephone conference with Ron Beeman; office conference with Brandon Cook. | | | | | | |
| 270891 | TIME | | TDL | 0.25 | 460.00 | 115.00 |
| 7/17/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:59777 | 7/31/2019 | 08736.010 | | | |
| Correspondence to Ron Beeman with initial disclosures. | | | | | | |
| 271200 | TIME | | BC | 0.50 | 200.00 | 100.00 |
| 8/9/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60022 | 8/31/2019 | 08736.010 | | | |
| Prepared letter to opposing counsel regarding Defendants' past due discovery responses and conferring regarding potential motion to compel. | | | | | | |
| 271283 | TIME | | BC | 1.50 | 200.00 | 300.00 |
| 8/12/2019 | 9:05 AM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60022 | 8/31/2019 | 08736.010 | | | |

3/23/2020                                      Gunn, Lee & Cave, P.C.
10:38 AM                                        Slip Listing         Page 9

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Review and analysis of Defendants' discovery responses and document production. Prepared letter to opposing counsel regarding deficiencies in same. | | | | |
| 271299<br>8/13/2019<br>Billed          G:60022          8/31/2019<br>Office conference with Ted L. regarding CERTIFIED AKAUSHI BEEF trademark applications; upcoming status conference with the Court; and issues with Defendants' Discovery Responses. Phone conference with Ted L. and Beemans regarding Defendants' discovery responses. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 2.25<br>0.00 | 200.00<br>T@1 | 450.00 |
| 271304<br>8/12/2019<br>Billed          G:60022          8/31/2019<br>Review production; review answers to interrogatories; review TM applications. | TIME<br><br>TDL<br>AALegalServices<br>08736.010 | 1.25<br>0.00 | 460.00<br>T@9 | 575.00 |
| 271338<br>8/9/2019<br>Billed          G:60022          8/31/2019<br>Send letter to opposing counsel on discovery. | TIME<br><br>TDL<br>AALegalServices<br>08736.010 | 0.25<br>0.00 | 460.00<br>T@9 | 115.00 |
| 271355<br>8/14/2019<br>Billed          G:60022          8/31/2019<br>Prepared Plaintiffs' First Amended Complaint; prepared Plaintiffs' Motion for Leave to Amend Pleading; traveled to and attended Status Conference with Court. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 3.25<br>0.00 | 200.00<br>T@1 | 650.00 |
| 271536<br>8/21/2019<br>Billed          G:60022          8/31/2019<br>Prepared Plaintiff's Motion for Leave to File Amended Complaint and office conference with Ted L. regarding same. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 0.75<br>0.00 | 200.00<br>T@1 | 150.00 |
| 271583<br>8/22/2019<br>Billed          G:60022          8/31/2019<br>Prepared Plaintiff's Motion for Leave to Amend Complaint and accompanying exhibits. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 0.75<br>0.00 | 200.00<br>T@1 | 150.00 |
| 271869<br>8/28/2019<br>Billed          G:60022          8/31/2019 | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 0.25<br>0.00 | 200.00<br>T@1 | 50.00 |

3/23/2020                                  Gunn, Lee & Cave, P.C.
10:38 AM                                    Slip Listing        Page 10

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

| | | | | |
|---|---|---|---|---|
| Reviewed correspondence from opposing counsel Brandon L. regarding potential mediation and confidentiality designation of Defendant's documents. | | | | |
| 271895 | TIME | TDL | 0.50 | 460.00 | 230.00 |
| 8/23/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Correspondence to Brandon Leavitt. | | | | |
| 271903 | TIME | TDL | 2.25 | 460.00 | 1035.00 |
| 8/22/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Revise Pleading; final changes in First Amended Complaint; final revisions on Plaintiff's First Amended Original Petition; final corrections. | | | | |
| 271913 | TIME | TDL | 2.75 | 460.00 | 1265.00 |
| 8/21/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Exchange email with Brandon Leavett; begin on adding Whitmer II to pleading; prepare First Amended complaint and Motion. | | | | |
| 271929 | TIME | TDL | 0.25 | 460.00 | 115.00 |
| 8/20/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Review notice of depositions; send notice of deposition. | | | | |
| 271935 | TIME | TDL | 1.00 | 460.00 | 460.00 |
| 8/19/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Notice of Deposition and letter to Brandon Leavitt. | | | | |
| 271940 | TIME | TDL | 0.50 | 460.00 | 230.00 |
| 8/16/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Email to Ron Beeman; email to Brandon Leavitt on deposition of Grant Whitmer III. | | | | |
| 271995 | TIME | TDL | 3.50 | 460.00 | 1610.00 |
| 8/14/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |
| Exchange emails with Brandon Leavitt; index Defendants production; prepare for hearing; attend Status Conference. | | | | |
| 272020 | TIME | TDL | 5.25 | 460.00 | 2415.00 |
| 8/13/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60022 | 8/31/2019 08736.010 | | | |

3/23/2020                                         Gunn, Lee & Cave, P.C.
10:38 AM                                          Slip Listing          Page 11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Correspondence from Brandon Leavitt and reply; office conference with Brandon Cook; review documents produced; telephone conference with Ron Beeman. | | | | |
| 272134<br>8/30/2019      10:35 AM<br>Billed      G:60022      8/31/2019<br>Review and analysis of Defendant Grant Whitmer III's response in opposition to Plaintiff's Motion for Leave to Amend. Prepared Plaintiff's Reply in support of Motion; correspondence with opposing counsel regarding scheduling issues. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 3.00<br>0.00 | 200.00<br>T@1 | 600.00 |
| 272241<br>9/3/2019<br>Billed      G:60253      9/30/2019<br>Correspondence with opposing counsel regarding scheduling mediation and Defendant's Motion to Reschedule hearing on Plaintiff's Motion for Leave to Amend; finalized Plaintiff's Reply in Support of Motion for Leave to Amend. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 0.75<br>0.00 | 200.00<br>T@1 | 150.00 |
| 272426<br>9/6/2019<br>Billed      G:60253      9/30/2019<br>Reviewed and edited Defendant's proposed Agreed Motion to Continue hearing on Plaintiff's Motion for Leave to Amend. | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 0.25<br>0.00 | 200.00<br>T@1 | 50.00 |
| 272507<br>9/6/2019<br>Billed      G:60253      9/30/2019<br>Email to Brandon Leavitt. | TIME<br><br>TDL<br>AALegalServices<br>08736.010 | 0.25<br>0.00 | 460.00<br>T@9 | 115.00 |
| 272514<br>9/5/2019<br>Billed      G:60253      9/30/2019<br>Telephone conference with Charles Hanor; email to Brandon Leavitt; office conference with Brandon Cook. . | TIME<br><br>TDL<br>AALegalServices<br>08736.010 | 1.00<br>0.00 | 460.00<br>T@9 | 460.00 |
| 272569<br>9/3/2019<br>Billed      G:60253      9/30/2019<br>Review response. | TIME<br><br>TDL<br>AALegalServices<br>08736.010 | 2.25<br>0.00 | 460.00<br>T@9 | 1035.00 |
| 272686<br>9/11/2019<br>Billed      G:60253      9/30/2019<br>Review and analysis of Defendant's document | TIME<br><br>BC<br>AALegalServices<br>08736.010 | 1.00<br>0.00 | 200.00<br>T@1 | 200.00 |

3/23/2020                                         Gunn, Lee & Cave, P.C.
10:38 AM                                          Slip Listing         Page 2

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

production; prepared notes and documents for
deposition of Grant Whitmer III.

| 272762 | TIME | | TDL | 1.25 | 460.00 | 575.00 |
|---|---|---|---|---|---|---|
| 9/10/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Email from and to Charles Hanor; telephone
conference with Ron Beeman.

| 272820 | TIME | | BC | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|---|
| 9/13/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Review and analysis of Defendant's Letters of
Protest against CERTIFIED AKAUSHI BEEF
trademark applications; prepared proposed
settlement terms for mediator.

| 272835 | TIME | | BC | 2.25 | 200.00 | 450.00 |
|---|---|---|---|---|---|---|
| 9/16/2019 | 9:06 AM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Prepared proposed settlement agreement,
proposed joint motion for injunction and dismissal,
and proposed order of injunction and dismissal;
prepared demonstratives for mediation.

| 272863 | TIME | | BC | 6.25 | 200.00 | 1250.00 |
|---|---|---|---|---|---|---|
| 9/17/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Attended mediation; prepared outline and exhibits
for deposition of Grant Whitmer III.

| 272903 | TIME | | BC | 6.00 | 200.00 | 1200.00 |
|---|---|---|---|---|---|---|
| 9/18/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Preparation for and attended deposition of Grant
Whitmer III; prepared for hearing of Plaintiff's
Motion for Leave to Amend.

| 272910 | TIME | | BC | 5.00 | 200.00 | 1000.00 |
|---|---|---|---|---|---|---|
| 9/19/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Prepared for hearing on Plaintiff's Motion to
Amend; traveled to and attended hearing on
Plaintiff's Motion to Dismiss; reviewed
supplemental production from Defendant Grant
Whitmer III.

3/23/2020
10:38 AM

Gunn, Lee & Cave, P.C.
Slip Listing    Page 8

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 272923 9/18/2019 Billed    G:60253    9/30/2019 Prepare for and depose Grant Whitmer III. | TIME TDL AALegalServices 08736.010 | 6.25 0.00 | 460.00 T@9 | 2875.00 |
| 272927 9/17/2019 Billed    G:60253    9/30/2019 Prepare for mediation and attend mediation. | TIME TDL AALegalServices 08736.010 | 8.50 0.00 | 460.00 T@9 | 3910.00 |
| 272933 9/16/2019 Billed    G:60253    9/30/2019 Office conference with Brandon Cook; email on mediation; prepare for mediation. | TIME TDL AALegalServices 08736.010 | 3.25 0.00 | 460.00 T@9 | 1495.00 |
| 272938 9/13/2019 Billed    G:60253    9/30/2019 Correspondence from Brandon Leavitt; office conference with Brandon Cook; review documents; email to Ron Beeman. | TIME TDL AALegalServices 08736.010 | 1.50 0.00 | 460.00 T@9 | 690.00 |
| 272982 9/19/2019 Billed    G:60253    9/30/2019 Prepare for hearing; hearing in front of Judge Bemporad; production review. | TIME TDL AALegalServices 08736.010 | 5.75 0.00 | 460.00 T@9 | 2645.00 |
| 272988 9/20/2019 Billed    G:60253    9/30/2019 Reviewed Court's Order on Plaintiff's Motion to Amend; prepared trial notebook. | TIME BC AALegalServices 08736.010 | 0.25 0.00 | 200.00 T@1 | 50.00 |
| 273001 9/23/2019 Billed    G:60253    9/30/2019 Prepared subpoena to American Wagyu Association, Inc. for production of documents; office conference with Ted L. regarding same. | TIME BC AALegalServices 08736.010 | 1.50 0.00 | 200.00 T@1 | 300.00 |
| 273023 9/20/2019 Billed    G:60253    9/30/2019 Office conference with Brandon Cook. | TIME TDL AALegalServices 08736.010 | 0.25 0.00 | 460.00 T@9 | 115.00 |
| 273063 9/24/2019    12:54 PM Billed    G:60253    9/30/2019 Prepared document subpoenas for American | TIME BC AALegalServices 08736.010 | 1.50 0.00 | 200.00 T@1 | 300.00 |

3/23/2020                                 Gunn, Lee & Cave, P.C.
10:38 AM                                   Slip Listing        Page 4

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

Wagyu Association, TransOva Genetics, and
Texas Wagyu Association.

| 273599 | TIME | | TDL | 0.50 | 460.00 | 230.00 |
| 9/23/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Review subpoena; office conference with Brandon.

| 273605 | TIME | | TDL | 0.25 | 460.00 | 115.00 |
| 9/24/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60253 | 9/30/2019 | 08736.010 | | | |

Review subpoenas.

| 273792 | TIME | | BC | 0.25 | 200.00 | 50.00 |
| 10/8/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Reviewed material from Grant Whitmer II's doctor;
office conference with Ted L. regarding joint
advisory to the court concerning Grant Whitmer II.

| 273854 | TIME | | BC | 2.25 | 200.00 | 450.00 |
| 10/9/2019 | 2:26 PM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Prepared trial notebook and prepared index for
second set of production from Defendant.

| 273928 | TIME | | BC | 0.75 | 200.00 | 150.00 |
| 10/10/2019 | 9:35 AM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Prepared Joint Advisory to the Court regarding
Whitmer II; prepared Joint Motion for Entry of
Injunction and Dismissal regarding Whitmer II;
prepared Proposed Order of Injunction and
Dismissal concerning Whitmer II.

| 273992 | TIME | | BC | 2.50 | 200.00 | 500.00 |
| 10/11/2019 | 2:57 PM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Reviewed documents produced by TransOva.

| 273996 | TIME | | TDL | 1.75 | 460.00 | 805.00 |
| 10/8/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Telephone conference and email to Brandon
Leavitt; Index the Exhibits; email from Brandon
Leavitt.

| 274004 | TIME | | TDL | 3.75 | 460.00 | 1725.00 |
| 10/9/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Email and telephone call to Brandon Leavitt;

3/23/2020                                           Gunn, Lee & Cave, P.C.
10:38 AM                                              Slip Listing      Page 5

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

telephone conference with Shea Haas with Norton
& Rose on subpoena; outline deposition; email
from Shae Haas; telephone conference with
Brandon Leavitt; summarize deposition.

| 274008 | TIME | | TDL | 3.00 | 460.00 | 1380.00 |
|---|---|---|---|---|---|---|
| 10/10/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Summarize deposition of Grant Whitmer III.

| 274022 | TIME | | BC | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|---|
| 10/14/2019 | 10:16 AM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Research regarding proper venue and procedure
for enforcing third party discovery subpoena.

| 274055 | TIME | | TDL | 2.00 | 460.00 | 920.00 |
|---|---|---|---|---|---|---|
| 10/11/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Email to Shea Haas on Subpoena; office
conference with Brandon Cook; exchange email
with Brandon Leavitt.

| 274064 | TIME | | TDL | 0.25 | 460.00 | 115.00 |
|---|---|---|---|---|---|---|
| 10/14/2019 | | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Telephone conference with Ron Beeman.

| 274077 | TIME | | BC | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|---|
| 10/15/2019 | 12:58 PM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Finalized Joint Advisory to the Court Regarding
Whitmer II; Joint Motion for Injunction and
Dismissal concerning Whitmer II; and proposed
injunction and dismissal of Whitmer II.

| 274122 | TIME | | BC | 0.25 | 200.00 | 50.00 |
|---|---|---|---|---|---|---|
| 10/17/2019 | | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Review and analysis of Court's order regarding
Grant Whtimer II.

| 274125 | TIME | | BC | 2.00 | 200.00 | 400.00 |
|---|---|---|---|---|---|---|
| 10/17/2019 | 5:18 PM | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60445 | 10/31/2019 | 08736.010 | | | |

Prepared trial notebook; review and analysis of
document provided by TransOva; prepared
production index for TransOva documents.

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 274241<br>10/22/2019      11:36 AM<br>Billed            G:60445          10/31/2019<br>Research and analysis regarding case preparation<br>for False Advertising claim. Prepared evidence and<br>arguments concerning same. | TIME<br>BC<br>AALegalServices<br>08736.010 | 3.00<br>0.00 | 200.00<br>T@1 | 600.00 |
| 274293<br>10/23/2019      9:39 AM<br>Billed            G:60445          10/31/2019<br>Review and analysis of Grant Whitmer III's<br>deposition; prepared potential summary judgment<br>evidence. | TIME<br>BC<br>AALegalServices<br>08736.010 | 3.00<br>0.00 | 200.00<br>T@1 | 600.00 |
| 274576<br>10/29/2019<br>Billed            G:60445          10/31/2019<br>Correspondence from AMA's attorney. | TIME<br>TDL<br>AALegalServices<br>08736.010 | 0.25<br>0.00 | 460.00<br>T@9 | 115.00 |
| 274765<br>10/31/2019      5:02 PM<br>Billed            G:60560          11/30/2019<br>Reviewed documents produced by the American<br>Wagyu Association. | TIME<br>BC<br>AALegalServices<br>08736.010 | 0.50<br>0.00 | 200.00<br>T@1 | 100.00 |
| 274805<br>11/1/2019<br>Billed            G:60560          11/30/2019<br>Review and analysis of documents produced by<br>American Wagyu Association. | TIME<br>BC<br>AALegalServices<br>08736.010 | 3.50<br>0.00 | 200.00<br>T@1 | 700.00 |
| 274846<br>11/1/2019<br>Billed            G:60560          11/30/2019<br>Revise some of American Wagyu Associations<br>documents; email to Ron Beeman; email to Dr.<br>Cunningham; telephone conference with<br>Cunningham. | TIME<br>TDL<br>AALegalServices<br>08736.010 | 1.25<br>0.00 | 460.00<br>T@9 | 575.00 |
| 274850<br>11/4/2019      8:58 AM<br>Billed            G:60560          11/30/2019<br>Prepared proposed Joint ADR Report;<br>correspondence with opposing counsel regarding<br>same. Office conference with Ted L. regarding<br>second amended complaint and case strategy;<br>prepared Plaintiff's Second Amended Complaint. | TIME<br>BC<br>AALegalServices<br>08736.010 | 3.75<br>0.00 | 200.00<br>T@1 | 750.00 |
| 274876<br>11/4/2019<br>Billed            G:60560          11/30/2019 | TIME<br>TDL<br>AALegalServices<br>08736.010 | 0.75<br>0.00 | 460.00<br>T@9 | 345.00 |

3/23/2020                          Gunn, Lee & Cave, P.C.
10:38 AM                          Slip Listing          Page 17

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Office conference with Brandon; review motion to amend. | | | | |
| 275080 11/11/2019 Billed TIME 4:08 PM G:60560 | BC AALegalServices 11/30/2019 08736.010 | 1.00 0.00 | 200.00 T@1 | 200.00 |
| Prepared Memo to Ted L. concerning upcoming deadlines and case strategy. | | | | |
| 275129 11/12/2019 Billed TIME 10:46 AM G:60560 | BC AALegalServices 11/30/2019 08736.010 | 0.75 0.00 | 200.00 T@1 | 150.00 |
| Prepared memo to Ted L. concerning upcoming deadlines and case strategy; office conference with Ted L. concerning same. | | | | |
| 275173 11/12/2019 Billed TIME G:60560 | TDL AALegalServices 11/30/2019 08736.010 | 1.00 0.00 | 460.00 T@9 | 460.00 |
| Office conference with Brandon; email to Dr. Cunningham. | | | | |
| 275180 11/13/2019 Billed TIME G:60560 | BC AALegalServices 11/30/2019 08736.010 | 0.50 0.00 | 200.00 T@1 | 100.00 |
| Reviewed Court's Order granting Plaintiff's Motion for Leave to File Second Amended Complaint; office conference with Ted L. concerning potential expert testimony. | | | | |
| 275307 11/14/2019 Billed TIME 11:21 AM G:60560 | BC AALegalServices 11/30/2019 08736.010 | 4.00 0.00 | 200.00 T@1 | 800.00 |
| Prepared index of document production from American Wagyu Association. | | | | |
| 275312 11/13/2019 Billed TIME G:60560 | TDL AALegalServices 11/30/2019 08736.010 | 0.75 0.00 | 460.00 T@9 | 345.00 |
| Email to Cunningham. | | | | |
| 275353 11/15/2019 Billed TIME 11:03 AM G:60560 | BC AALegalServices 11/30/2019 08736.010 | 1.50 0.00 | 200.00 T@1 | 300.00 |
| Prepared index of American Wagyu Association's document production. | | | | |
| 275365 11/18/2019 Billed TIME 4:03 PM G:60560 | BC AALegalServices 11/30/2019 08736.010 | 0.50 0.00 | 200.00 T@1 | 100.00 |
| Prepared materials for potential expert witness Dr. | | | | |

3/23/2020
10:38 AM

Gunn, Lee & Cave, P.C.
Slip Listing        Page 8

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

Cunningham; Office conference with Ted L.
concerning same.

| 275466 | TIME | BC | 0.75 | 200.00 | 150.00 |
|---|---|---|---|---|---|
| 11/19/2019 | 5:04 PM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Phone conference with potential expert witness Dr.
Cunningham; monitored TDSR for CERTIFIED
AKAUSHI BEEF trademark applications.

| 275579 | TIME | TDL | 1.50 | 460.00 | 690.00 |
|---|---|---|---|---|---|
| 11/19/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Telephone conference with Dr. Cunningham; email
to Dr. Cunningham and Ron Beeman.

| 275623 | TIME | TDL | 0.75 | 460.00 | 345.00 |
|---|---|---|---|---|---|
| 11/15/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Review production.

| 275689 | TIME | BC | 2.00 | 200.00 | 400.00 |
|---|---|---|---|---|---|
| 11/21/2019 | 2:06 PM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Reviewed documents produced by American
Wagyu Association and prepared index of
production.

| 275710 | TIME | BC | 5.75 | 200.00 | 1150.00 |
|---|---|---|---|---|---|
| 11/22/2019 | 10:01 AM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Review and analysis of documents produced by
American Wagyu Association; prepared index of
production.

| 275714 | TIME | BC | 2.75 | 200.00 | 550.00 |
|---|---|---|---|---|---|
| 11/25/2019 | 9:39 AM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Reviewed draft report by Dr. Cunningham,
provided Dr. Cunningham with additional materials.

| 275937 | TIME | TDL | 2.50 | 460.00 | 1150.00 |
|---|---|---|---|---|---|
| 11/25/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60560    11/30/2019 08736.010 | | | | |

Emails from Dr. Cunningham; review Expert report;
exchange emails with Dr. Cunningham.

| 276163 | TIME | BC | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|
| 12/2/2019 | 11:34 AM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60731    12/31/2019 08736.010 | | | | |

Prepared Plaintiff's Designation of Potential

3/23/2020                                  Gunn, Lee & Cave, P.C.
10:38 AM                                   Slip Listing        Page 9

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

Witnesses, Testifying Experts, and Exhibits.

| 276257 | TIME | BC | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|
| 12/5/2019 | 10:19 AM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Prepared memo to Ted L. regarding Defendant's
failure to answer Second Amended Complaint;
phone call with Dr. Isabell C. and followup email
providing materials

| 276340 | TIME | BC | 2.25 | 200.00 | 450.00 |
|---|---|---|---|---|---|
| 12/9/2019 | 9:19 AM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Email with Carol Brown regarding Ron Beeman
Bio; Review and analysis of second draft of Dr.
Cunningham's report and correspondence with Dr.
Cunningham concerning same. Prepared Appendix
for Dr. Cunningham's report.

| 276393 | TIME | BC | 2.50 | 200.00 | 500.00 |
|---|---|---|---|---|---|
| 12/10/2019 | 10:17 AM | AALegalServices | 0.00 | T@1 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Finalized preparation of the Appendix for Dr.
Cunningham's Report; Finalized Plaintiffs'
Designation of Potential Witnesses.

| 276410 | TIME | TDL | 0.50 | 460.00 | 230.00 |
|---|---|---|---|---|---|
| 12/5/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Telephone conference with Dr. Cunningham.

| 276418 | TIME | TDL | 0.25 | 460.00 | 115.00 |
|---|---|---|---|---|---|
| 12/6/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Telephone conference with Dr. Cunningham.

| 276420 | TIME | TDL | 2.50 | 460.00 | 1150.00 |
|---|---|---|---|---|---|
| 12/9/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Review Dr. Cunningham's report; revise the
amendment.

| 276477 | TIME | TDL | 1.00 | 460.00 | 460.00 |
|---|---|---|---|---|---|
| 12/10/2019 | | AALegalServices | 0.00 | T@9 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

Review Expert Report; office conference with
Brandon Cook.

| 276506 | TIME | BC | 0.50 | 200.00 | 100.00 |
|---|---|---|---|---|---|
| 12/11/2019 | | AALegalServices | 0.00 | T@1 | |
| Billed | G:60731      12/31/2019 | 08736.010 | | | |

3/23/2020                                    Gunn, Lee & Cave, P.C.
10:38 AM                                        Slip Listing          Page 20

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |

Office conference with Ted L. concerning
CERTIFIED AKAUSHI BEEF trademark
applications; research for adequate specimen.

| 277250 | TIME | | TDL | | 0.25 | 480.00 | 120.00 |
|---|---|---|---|---|---|---|---|
| 1/2/2020 | | | AALegalServices | | 0.00 | T@1 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Office conference with Brandon Cook on | | | | | | | |
| withdrawal of attorney. | | | | | | | |

| 277344 | TIME | | BC | | 0.25 | 220.00 | 55.00 |
|---|---|---|---|---|---|---|---|
| 1/2/2020 | | | AALegalServices | | 0.00 | T@2 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Reviewed Defendants' Motion to Withdraw as | | | | | | | |
| Counsel. Office conference with Ted L. concerning | | | | | | | |
| same. | | | | | | | |

| 277618 | TIME | | TDL | | 0.25 | 480.00 | 120.00 |
|---|---|---|---|---|---|---|---|
| 1/10/2020 | | | AALegalServices | | 0.00 | T@1 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Telephone conference with Ron Beeman. | | | | | | | |

| 277629 | TIME | | TDL | | 1.50 | 480.00 | 720.00 |
|---|---|---|---|---|---|---|---|
| 1/14/2020 | | | AALegalServices | | 0.00 | T@1 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Review designation of expert witnesses; prepare | | | | | | | |
| objection; review motion. | | | | | | | |

| 277761 | TIME | | BC | | 0.25 | 220.00 | 55.00 |
|---|---|---|---|---|---|---|---|
| 1/22/2020 | | | AALegalServices | | 0.00 | T@1 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Reviewed Court's Order setting hearing on Motion | | | | | | | |
| to Strike. | | | | | | | |

| 277779 | TIME | | TDL | | 0.25 | 460.00 | 115.00 |
|---|---|---|---|---|---|---|---|
| 1/21/2020 | | | AALegalServices | | 0.00 | T@9 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Telephone conference with Ron Beeman. | | | | | | | |

| 277895 | TIME | | TDL | | 0.25 | 480.00 | 120.00 |
|---|---|---|---|---|---|---|---|
| 1/23/2020 | | | AALegalServices | | 0.00 | T@1 | |
| Billed | G:60980 | 1/31/2020 | 08736.010 | | | | |
| Correspondence on Motion to Strike. | | | | | | | |

| 278374 | TIME | | BC | | 0.75 | 220.00 | 165.00 |
|---|---|---|---|---|---|---|---|
| 2/3/2020 | 5:38 PM | | AALegalServices | | 0.00 | T@1 | |
| Billed | G:61175 | 2/29/2020 | 08736.010 | | | | |
| Prepared materials for Hearing on Defendant's | | | | | | | |
| Motion  to Withdraw and Plaintiff's Motion to Strike | | | | | | | |
| Defendant's Expert Witness Designation. | | | | | | | |

3/23/2020                                                 Gunn, Lee & Cave, P.C.
10:38 AM                                                   Slip Listing        Page 21

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | | | |
| 278470          TIME | BC | 2.00 | 220.00 | 440.00 |
| 2/4/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| travel to and attended hearing on Defendant's | | | | |
| Motion to Withdraw and Plaintiff's Motion to Strike | | | | |
| Expert Witnesses. | | | | |
| 278613          TIME | TDL | 0.25 | 480.00 | 120.00 |
| 2/3/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| Office conference with Brandon. | | | | |
| 278614          TIME | TDL | 3.00 | 480.00 | 1440.00 |
| 2/4/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| Prepare for hearing; hearing in front of Judge | | | | |
| Bemporad. | | | | |
| 278629          TIME | TDL | 0.50 | 480.00 | 240.00 |
| 2/5/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| Correspondence to Ron Beeman. | | | | |
| 278659          TIME | TDL | 0.75 | 480.00 | 360.00 |
| 2/7/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| Advisory to the court; email to Ron Beeman with | | | | |
| Court Order; | | | | |
| 278783          TIME | TDL | 0.50 | 480.00 | 240.00 |
| 2/11/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| Email to Grant Whitmer. | | | | |
| 279342          TIME | BC | 0.50 | 220.00 | 110.00 |
| 2/27/2020 | AALegalServices | 0.00 | T@1 | |
| Billed          G:61175        2/29/2020 | 08736.010 | | | |
| Monitored Grant Whitmer's social media for use of | | | | |
| CERTIFIED AKAUSHI. | | | | |
| 279886          TIME | BC | 0.25 | 220.00 | 55.00 |
| 3/11/2020 | AALegalServices | 0.00 | T@1 | |
| WIP | 08736.010 | | | |
| Monitored Whitmer's social media. | | | | |
| 280044          TIME         2:09 PM | BC | 1.50 | 220.00 | 330.00 |
| 3/12/2020 | AALegalServices | 0.00 | T@1 | |
| WIP | 08736.010 | | | |
| Research regarding post answer default judgment | | | | |
| sanctions; office conference with Ted Lee | | | | |
| regarding case strategy. | | | | |

3/23/2020
10:38 AM

Gunn, Lee & Cave, P.C.
Slip Listing          Page 22

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client | Units DNB Time | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 280071                 TIME 3/12/2020 WIP Review response by Whitmer III. | TDL AALegalServices 08736.010 | 0.50 0.00 | 480.00 T@1 | 240.00 |
| 280101                 TIME 3/16/2020             9:51 AM WIP Research regarding case strategy in light of Whtimer's failure to comply with Court Order requiring Advisory regarding pro se status; prepared memo to Ted L. regarding same; office conference with Ted L. regarding same. | BC AALegalServices 08736.010 | 1.25 0.00 | 220.00 T@1 | 275.00 |
| 280161                 TIME 3/16/2020 WIP Prepare Inquiry as to Status; revise inquiry. | TDL AALegalServices 08736.010 | 1.50 0.00 | 480.00 T@1 | 720.00 |
| 280284                 TIME 3/20/2020             2:56 PM WIP Research regarding calculation of reasonable attorney's fees; reviewed Court's Order of Default and Certificate of Mailing. | BC AALegalServices 08736.010 | 1.00 0.00 | 220.00 T@1 | 220.00 |
| 280297                 TIME 3/20/2020 WIP Emails to Ron Beeman, prepare motion for default judgment. | TDL AALegalServices 08736.010 | 2.75 0.00 | 480.00 T@1 | 1320.00 |
| 280314                 TIME 3/23/2020 WIP Revise Motion for Default Judgment; prepare Affidavit of Attorney's Fees. | TDL AALegalServices 08736.010 | 2.00 0.00 | 460.00 T@9 | 920.00 |

| | | | | |
|---|---|---|---|---|
| Grand Total | | | | |
| | Billable | 249.75 | | 81350.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 249.75 | | 81350.00 |

Text field