# EXHIBIT B

3/23/2020             Gunn, Lee & Cave, P.C.
10:37 AM              Slip Listing     Page1

*Expense* (handwritten)

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: 08736.010 |
| Acti.Selection | Exclude: AALegalServices; Analysis; Appear/attend; Appellate Brief; Appellate Mot; Budgeting; Case Assessment, Development; Class Action; Communicat/CLI; Communicat/FIRM; Communicat/MISC; Communicat/OUT; Court Mandated; Depositions; Discovery Mot; Dispositive Mot; Document Produc; Document/File; Draft/revise; Expert Discover; Expert Witness; Experts/Consult; Fact Invest/Dev; Fact Witnesses; Manage data; Misc Trial Prep; Oral Argument; Other Case Dev; Other Discovery; Other Motions; Other activity; Plan & Prepare; Pleadings; Post-trial Mot; Prelim Injunct; Research; Review/analyze; Settlement; Trial Attend; Written Discov; Written Motions |
| Slip.Transaction Dat | Earliest - 3/23/2020 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Timekeeper / Activity / Client | Units DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 266385    EXP<br>4/5/2019<br>Billed    G:58866    4/30/2019<br>G-8736.10 - U. S. District Court, Western District of Texas, San Antonio Division - filing few, new lawsuit. | Admin.<br>Filing Fee<br>08736.010 | 1 | 400.00 | 400.00 |
| 267322    EXP<br>5/1/2019<br>Billed    G:59136    5/31/2019<br>Magee Litigation Support, Inc. - for process of service on Grant Whitmer, III d/b/a Whitmer Cattle Co. and Wagyuranch.com - Fort Ann, NY | Admin.<br>Court Reporter<br>08736.010 | 1 | 112.20 | 112.20 |
| 273694    EXP<br>9/18/2019<br>Billed    G:60253    9/30/2019<br>Legal Video Productions - Invoice #10326 for video deposition of Grant Whitmer, III and MPEG format conversation and data verification | Admin.<br>Court Reporter<br>08736.010 | 1 | 986.25 | 986.25 |
| 273726    EXP<br>9/18/2019<br>Billed    G:60253    9/30/2019<br>San Antonio Court Reporters - Invoice #34569 for costs involved in taking and transcribing the oral deposition of Grant Whitmer, III | Admin.<br>Court Reporter<br>08736.010 | 1 | 1586.90 | 1586.90 |
| 273796    EXP<br>9/26/2019<br>Billed    G:60253    9/30/2019<br>Magee Litigation Support, Inc. - Invoice LAM-2019001592 for process of service on | Admin.<br>Court Reporter<br>08736.010 | 1 | 95.00 | 95.00 |

3/23/2020            Gunn, Lee & Cave, P.C.
10:37 AM            Slip Listing     Page 2

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **American Wagyu Association, Inc.** | | | | |
| 274637<br>10/30/2019<br>Billed   G:60445<br>Magee Litigation Support, Inc. - Invoice #LAM-2019001590 for service on Transova Genetics, Sioux Center, IA | EXP<br>Admin.<br>Court Reporter<br>10/31/2019 08736.010 | 1 | 125.00 | 125.00 |
| 274705<br>10/30/2019<br>Billed   G:60445<br>Magee Litigation Support, Inc. - Invoice No. LAM-2019001591 for attempted service on Texas Wagyu Association | EXP<br>Admin.<br>Court Reporter<br>10/31/2019 08736.010 | 1 | 95.00 | 95.00 |

Grand Total

|  | Billable | 0.00 | 3400.35 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 0.00 | 3400.35 |

Text field