UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HEARTBRAND HOLDINGS, INC. and AMERICAN AKAUSHI ASSOCIATION, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>GRANT WHITMER III D/B/A WAGYURANCH.COM<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   SA-19-CV-00358-HJB<br>)<br>)<br>)<br>)<br>) |

## **DEFAULT JUDGMENT**

On this day came on for consideration "Plaintiffs Motion for a Default Judgment" and the Court after considering the pleadings, evidence and arguments of counsel is of the opinion the motion should be granted.

IT IS ORDERED DECREED that Plaintiffs (Heartbrand Holdings, Inc. and American Akaushi Association, Inc.) have judgment against Defendant Grant Whitmer III d/b/a Wagyuranch.com and d/b/a Whitmer Cattle Co. as follows:

1. Grant Whitmer III d/b/a Whitmer Cattle Co. and d/b/a Wagyuranch.com is enjoined from using the terms CERTIFIED AKAUSHI BEEF or other words or terms confusingly similar thereto.

2. Plaintiffs (Heartbrand Holdings, Inc. and American Akaushi Association, Inc.) are awarded attorney's fees and expenses against Grant Whitmer III d/b/a Whitmer Cattle Co. and d/b/a Wagyuranch.com in the total amount of $84,750.

3. All claims or affirmative defenses asserted by Defendant Grant Whitmer III d/b/a Whitmer Cattle Co. and d/b/a Wagyuranch.com are dismissed with prejudice.

2

Signed and entered this _____ day of \_\_\_\_\_, 2020

_____
Henry J. Bemporad
United States Magistrate Judge

Case 5:19-cv-00358-HJB   Document 55-4   Filed 03/23/20   Page 2 of 2